UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HEATHER HEWITT,

    Plaintiff,

v.

CLEARY UNIVERSITY,

    Defendant.

CASE NO. 22-cv-11774

HON. NANCY G. EDMUNDS

---

### STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Upon stipulation of the parties and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear her or its own attorneys' fees and costs.  Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED.

s/ Nancy G. Edmunds
HON. NANCY G. EDMUNDS
U.S. District Judge

Dated:  August 17, 2023

STIPULATED AND AGREED TO BY:

| BATEY LAW FIRM, PLLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Scott P. Batey* (w/ permission) | /s/ *Marlo J. Roebuck* |
| Scott P. Batey (P54711) | Marlo Johnson Roebuck (P65640) |
| Attorney for Plaintiff | Lauren V. Parrottino (P85387) |
| 30200 Telegraph Road, Suite 400 | Attorneys for Cleary University |
| Bingham Farms, MI 48025 | 2000 Town Center, Suite 1650 |
| (248) 540-6800 | Southfield, MI 48075 |
| sbatey@bateylaw.com | (248) 936-1900 |
|  | marlo.roebucki@jacksonlewis.com |
|  | lauren.parrottino@jacksonlewis.com |

4892-0484-1845, v. 1